IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LEE FRENCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:09-CV-594-WKW |
| | ) |
| CAPITAL ONE BANK (USA), *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

As forewarned in the court's Order entered on November 6, 2009 (Doc. # 36), it is ORDERED that Plaintiff's action against Defendant Home Town Credit Corporation is DISMISSED without prejudice for failure to prosecute, for failure to comply with the court's Orders, and for failure of Plaintiff to effect service within Rule 4(m)'s prescribed 120 days.

Done this 13th day of November, 2009.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE